853 F.2d 921
 Sullivan (Daniel J.), Satulsky (Saul), Satvan Industries, Inc.
v.
State of New Jersey, Division of Gaming Enforcement,
Kimmelman (Irwin), Zazzali (James), Brown (Michael G.),
Flaherty (Mary Jo), Sturges (Robert), Schecter (Irving),
Rogalski (John), Weber (Douglas), Michael (Guy S.)
 NO. 87-5884
 United States Court of Appeals,
Third Circuit.
 JUN 16, 1988
 
 Appeal From: D.N.J.,
 Gerry, J.,
 
 602 F.Supp. 1216
 
 1
 AFFIRMED.